# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 17-SW-2101DPR
)
44 Goss Lane )
Fair Grove, Dallas County, Missouri. )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Western__ District of __Missouri__
*(identify the person or describe the property to be searched and give its location)*:

44 Goss Lane, Fair Grove, Dallas County, Missouri, further described in ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

**YOU ARE COMMANDED** to execute this warrant on or before __Nov. 26, 2017__ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __United States Magistrate Judge David P. Rush__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __11/16/17 @ 1:44 p.m.__ __[signed] David P. Rush__
*Judge's signature*

City and state: __Springfield, Missouri__ __United States Magistrate Judge David P. Rush__
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>17-SW-2101-DPR | Date and time warrant executed:<br>November 17, 2017 at 2:00pm | Copy of warrant and inventory left with:<br>Marilyn Courtney |

Inventory made in the presence of :
DEA TFO James Hamilton

Inventory of the property taken and name of any person(s) seized:

-No items seized as evidence under authority of search warrant.

//NOTHING FOLLOWS//

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/19/2018

_Executing officer's signature_

JASON CARTER, DEA TFO
_Printed name and title_